IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-20497 |
| HIDALGO COUNTY EMERGENCY | § | |
| SERVICE FOUNDATION, | § | |
| Debtor. | § | CHAPTER 11 |

## NOTICE OF HEARING

Please take notice that the matter listed below has been set for hearing on **Friday, May 8, 2020 at 9:30 AM Central Time** via telephone and join.me video. The dial in number is **1-832-917-1510**. The conference room number is **205691.**

| Doc #225 | Emergency Hearing On Debtor's Emergency Motion For Authorization To Incur Unsecured Debt As Administrative Expense Under 11 U.S.C. §364(B)&(E) (PPP) |
|---|---|

                                          Respectfully submitted,

                                        */s/ Nathaniel Peter Holzer*
                                        Nathaniel Peter Holzer
                                        State Bar No. 00793971; SD #21503
                                        **JORDAN, HOLZER & ORTIZ, P.C.**
                                        500 North Shoreline Blvd, Suite 900
                                        Corpus Christi, TX 78401-0341
                                        Telephone: 361.884.5678
                                        Facsimile: 361.888.5555
                                        Email: pholzer@jhwclaw.com
                                        **ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically and/or by U.S. First Class mail, postage prepaid, to those parties shown on the attached service list on May 5, 2020.

                                        */s/ Nathaniel Peter Holzer*
                                        Nathaniel Peter Holzer

**ECF Service List**

| | | |
|---|---|---|
| United States Trustee<br>606 N. Carancahua, Ste. 1107<br>Corpus Christi, TX 78401<br>USTPRegion07.CC.ECF@USDOJ.GOV | Hector Duran<br>Stephen Statham<br>Office of the US Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX 77002<br>Hector.Duran.Jr@usdoj.gov<br>stephen.statham@usdoj.gov | Counsel for Hidalgo County &Jim Wells County<br>Diane Sanders<br>Linebarger, Goggan, Blair & Sampson<br>P.O. Box 17428<br>Austin, TX 78760<br>austin.bankruptcy@publicans.com |
| Counsel for Ford Motor Credit Company<br>Donald L. Turbyfill<br>Jennifer Haluptzok Erickson<br>Devlin, Naylor & Turbyfill, PLLC<br>5120 Woodway Drive, Suite 9000<br>Houston, TX 77056-1725<br>dturbyfill@dntlaw.com<br>jerickson@dntlaw.com<br>laura@dntlaw.com | Counsel for Hidalgo County Emergency Services District #2<br>Jose Luis Caso<br>Caso Law Firm, PLLC<br>112 E. Cano St.<br>Edinburg, TX 78539<br>jcaso@casolawfirm.com<br>mberumen@casolawfirm.com | Counsel for the Texas Workforce Commission<br>John Mark Stern<br>Assistant Attorney General<br>c/o Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>bk-jstern@oag.texas.gov<br>Sherri.simpson@oag.texas.gov |
| Counsel for Juan Luevano and Rachel Mejia<br>Damian C. Orozco<br>The Law Offices of Damian Orozco<br>Vlla De Fuente<br>1138 East Exp 83, Ste. C<br>Pharr, TX 78577<br>dorozco@orozco-law.com | Counsel for TCF National Bank<br>Patrick H. Autry<br>Branscomb PLLC<br>8023 Vantage Drive, Suite 560<br>San Antonio, TX 78230<br>pautry@branscomblaw.com | Counsel for the IRS<br>Richard A. Kincheloe<br>US Attorney's Office<br>Southern District of Texas<br>1000 Louisiana St., Suite 2300<br>Houston, TX 77002<br>Richard.Kincheloe@usdoj.gov |
| Counsel for Signature Financial, LLC<br>Wm. Lance Lewis<br>Hudson W. Jobe<br>Quilling, Selander, Lownds, Winslett & Moser, PC<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>llewis@qslwm.com<br>hjobe@qslwm.com<br>nchancellor@qslwm.com | Counsel for Angelina Guerrero, Individually & as Representative and Administratrix of the Estate of Oraliz S. Trevino, Deceased<br>D. Patrick Smitherman<br>D. Patrick Smithman Law, PLLC<br>P.O. Box 701184<br>Houston, TX 77270<br>dpatricksmitherman@law.com.mx | |

**Served via U.S. first class mail, postage prepaid unless otherwise shown:**

| | | |
|---|---|---|
| Sterling National Bank<br>400 Rella Blvd.<br>Montebello NY 10901 | American Express National Bank<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355-0701 | 1100 Albrad<br>104 S. Broadway<br>McAllen, TX 78501 |
| Airgas USA, LLC<br>110 West 7th St., Suite 1400<br>Tulsa, OK  74119 | Aminzadeh, Abdolrhim M.<br>P.O. Box 81445<br>Corpus Christi, TX 78468 | Assured Benefits Administrators<br>8150 N. Central Expressway<br>Suite 1700<br>Dallas, TX 75206 |
| Atlas, Hall & Rodriguez, LLP<br>818 W. Pecan Blvd.<br>McAllen, TX 78501 | AT&T Mobility II LLC<br>c/o AT&T Services<br>Attn: Karen A. Cavagnaro-Paralegal<br>One AT&T Way, Room 3A 104<br>Bedminister, NJ 07921 | GCR/Southern Tire Mart<br>2411 E. Sugarcane Rd.<br>Weslaco, TX 78596 |
| Hacienda Ford<br>3010 W. University Dr.<br>Edinburg, TX 78539 | Integon National Insurance Agency<br>P.O. Box 9048<br>Bethpage, NY 11714 | Life-Assist, Inc.<br>11277 Sunrise Park Dr.<br>Rancho Cordova, CA 95742 |
| United Leasing & Finance<br>c/o Weltman, Weinberg & Reis Co, LPA<br>3705 Marlane Drive<br>Grove City, OH 43123 | IPFS Corporation<br>P.O. Box 412086<br>Kansas City, MO 64141-2086 | Gabriel Kamel<br>5608 N. 5th Street<br>McAllen, TX 78504<br>**Served via email:**<br>**gabriel@kamelinvestments.com** |
| Lone Star Ambulance<br>P.O. Box 22578<br>Beaumont, TX 77720-2578 | Lone Star FC LLC<br>5221 N. McColl Rd.<br>McAllen, TX 78504 | Mercury Insurance<br>P.O. Box 203010<br>Austin, TX 78720-3010 |
| O'Reilly Automotive Stores, Inc.<br>c/o Evans & Green LLP<br>P.O. Box 10545<br>Springfield, MO 65808 | Quick Med Claims<br>275 Curry Hollow Rd., #100<br>Pittsburgh, PA 15236<br>**Served via email:**<br>**drodgers@quickmedclaims.com** | Stryker<br>P.O. Box 93308<br>Chicago, IL 60673-3308 |
| Texas Mutual Workers Comp<br>P.O. Box 12029<br>Austin, TX 78711-2029 | WFAS, Inc.<br>P.O. Box 4550<br>Edinburg, TX 78540 | Zoll<br>11802 Ridge Parkway, Suite 400<br>Broomfield, CO 80021 |
| Jose Trejo<br>104 S. Broadway<br>McAllen, TX 78501 | | |