

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
05/26/2020

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  19-20497 |
| HIDALGO COUNTY EMERGENCY | § | |
| SERVICE FOUNDATION, | § | |
| Debtor. | § | CHAPTER 11 |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR AUTHORIZATION TO INCUR UNSECURED DEBT AS ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. §364(b)&(e) (PPP)**

Upon the Debtor's Emergency Motion for Authorization To Incur Unsecured Debt as Administrative Expense Pursuant to 11 USC § 364(b)&(e) (PPP) (the "**Motion**"), and the Court having jurisdiction to consider the Motion, having heard any evidence and statements of counsel regarding the Motion at the hearing on May 8, 2020, and finding that notice was sufficient under the circumstances and no further notice is needed, it is therefore

ORDERED, that Debtor is permitted to apply for economic relief under the PPP in the amount of $2,559,600, with the repayment obligation, if any of the funding received is not forgiven, having administrative expense status in this case; further

ORDERED that the 14 day time limit for a final hearing as required under Bankruptcy Rule 4001(c)(2) is waived; further

ORDERED that this order is effective *nunc pro tunc* as of the date of the court's oral ruling granting the Motion on May 8, 2020; further

ORDERED that this Court shall retain nonexclusive jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Signed:  May 26, 2020.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

Order submitted and entry requested by:
Nathaniel Peter Holzer
***Jordan, Holzer & Ortiz, P.C.***
500 North Shoreline Boulevard, Suite 900
Corpus Christi, TX 78401-0341
ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION