

ENTERED
06/25/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-20497 |
| HIDALGO COUNTY EMERGENCY | § | |
| SERVICE FOUNDATION, | § | |
| Debtor. | § | CHAPTER 11 |

### AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM #60 FILED BY BONNIE LEA GALLEGOS ON BEHALF OF THE ESTATE OF LETICIA GALLEGOS, DECEASED

Upon considering the Debtor's Objection to Proof of Claim #60 filed by Bonnie Lea Gallegos, on Behalf of the Estate of Leticia Gallegos, Deceased ("Claimant"); and it appearing that the Court has jurisdiction to consider the Objection and the relief sought therein; and due notice of the Objection and the hearing held thereon having been provided to Claimant in accordance with Federal Rules of Bankruptcy Procedure, the Bankruptcy Local Rules and this Court's orders; and a hearing having been held before this Court; and good and sufficient cause appearing therefore, it is

ORDERED that the Objection is SUSTAINED and that Proof of Claim #60 filed by Bonnie Lea Gallegos, on Behalf of the Estate of Leticia Gallegos, Deceased is disallowed as a claim against the estate in accordance with [Doc #232] Agreed Order Regarding Motion of Bonnie Lea Gallegos, on Behalf of the Estate of Leticia Gallegos, Deceased to Lift Stay to Liquidate Claim; it is further

ORDERED that the Debtor's right to object in the future to the Claim on any other grounds, including, without limitation, to object to any amended claims and newly-filed claims, is preserved.

**Signed: June 24, 2020.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**AGREED TO:**

*/s/ Kay B. Walker*

Kay B. Walker
*Law Office of Kay B. Walker*
State Bar No. 20713400
Law Office of Kay Walker
615 N. Upper Broadway, Ste. 635
Corpus Christi, TX 78401
Telephone: 361.533.2476
Email: kaywalker@kaywalkerlaw.com

**CO-COUNSEL FOR DEBTOR**

/s/ David T. Burkett
David T. Burkett
538 S. Tancahua
Corpus Christi, TX 78401

**Counsel for Bonnie Lea Gallegos on behalf of the Estate of Leticia Gallegos, Deceased**